1  MCGREGOR W. SCOTT
   United States Attorney
2  JONATHAN B. CONKLIN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,    )    CR. F. NO. 04-5178 OWW
                                )
10                 Plaintiff,   )
                                )    STIPULATION TO CONTINUE
11      v.                      )    STATUS CONFERENCE AND MOTIONS
                                )    HEARING
12                              )
                                )
13 RAMON PATINO,                )
                                )
14                              )
                   Defendant.   )
15 _____)

16

17      It is hereby stipulated by and between the parties that the

18 status conference and motions hearing set for June 13, 2005,

19 shall be continued to June 27, 2005, to allow for additional

20 review of discovery in this matter and preparation and submission

21 of motions, including a proposed plea agreement.

22      It is further stipulation by and between the parties that

23 time shall be excluded pursuant to Title 18, United States Code,

24

25

26

27

28

                                  1

Section 3161 to allow for continued review of discovery and preparation and filing of motions, including a proposed plea agreement.

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney


DATED: June 9, 2005      By /S/ Jonathan B. Conklin
                                    JONATHAN B. CONKLIN
                                    Assistant U.S. Attorney



DATED: June 9, 2005          /S/ Harry Drandell
                                    Harry Drandell
                                    Attorney for Defendant
```

IT is hereby ordered that the status conference and motions hearing currently set for June 13, 2005, shall be continued to June 27, 2005, at 1:30 p.m. to allow additional time for review of discovery and the filing of motions, including a proposed plea agreement.

```
DATE: 6/14/05                       /s/ OLIVER W. WANGER
                                    ─────────────────────────
                                    Oliver W. Wanger
                                    United States District Court
                                    Judge
```

2